LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

DAVID M. KRINSKY
(202) 434-5338
dkrinsky@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 27, 2025

By Email

Greg Bibbes
General Counsel
Wisk Aero LLC

      Re:     Patent Licensing Opportunity

Dear Mr. Bibbes:

We write on behalf of our client, Urban Aeronautics Limited ("UAL"). UAL is the assignee of a portfolio of patents related to aerospace technologies, including U.S. Patent No. 7,946,528 ("the '528 Patent"). These patents are the result of years of pioneering research by Dr. Raphael Yoeli.

It has come to our attention that Wisk Aero's aircraft use technology that may relate to Dr. Yoeli's work and intellectual property. Wisk Aero is currently working to develop and market at least its Generation 6 aircraft and has previously developed its Generation 1-5 aircraft, which incorporate a number of safety features to allow safe landing in the event of a flight system subcomponent failure. While it appears that Wisk Aero's development is ongoing, this work appears to have culminated in what became at least U.S. Patent Nos. 10,370,099 and 12,071,231.

Dr. Yoeli constructed UAL's first flying vehicle in the living room of his apartment and completed his first test flight in 2003. Since that time, UAL, led by Dr. Yoeli, has worked to solve many of the problems that are inherent in multi-rotor flying vehicle designs. One challenge that UAL worked to overcome was maintaining controllability and allowing a safe landing of the aircraft in the event of a subsystem failure. UAL and Dr. Yoeli solved this problem by developing a novel system that would allow the aircraft to operate at reduced power and performance sufficient to allow a safe emergency landing to be completed. This system is described and claimed in the '528 Patent, among others. Wisk Aero appears to have incorporated this technology into its aircraft. The attached claim chart reflects apparent similarities between the Wisk Aero aircraft and claim 1 of the '528 patent. While this chart is provided for illustration purposes, it is evident that Wisk Aero's aircraft systems fall under many other claims of the '528 Patent.

Exhibit B to Complaint

WILLIAMS & CONNOLLY LLP·

June 27, 2025
Page 2

        In this regard, we wanted to draw your attention to *Urban Aeronautics Limited v. Shenzhen DJI Sciences and Technologies Ltd.*, Civil No. 2:24-cv-00903 (E.D. Tex.).

        We write to explore whether Wisk Aero is open to discussing a license to UAL's patent portfolio. If so, we ask that you contact us by July 31, 2025.

                                    Sincerely,

                                    David M. Krinsky


Attachment

Exhibit B to Complaint

**Exemplary Claim Chart**
**U.S. Patent 7,946,528**

**Sources**

- Frost and Sullivan, Archer Aviation 2022 Company of the Year (2022) (available at https://www.frost.com/wp-content/uploads/2022/09/Archer-Aviation-Award-Write-Up.pdf)
- U.S. Patent No. 10,370,099 ("the '099 Patent")
- U.S. Patent No. 12,071,231 ("the '231 Patent")
- Wisk Aero Generation 6 (pre-production prototype), Electric VTOL News, https://evtol.news/wisk-aero-generation-6 (last visited May 9, 2025)
- Wisk Aero, Generation 6 Aircraft, wisk.aero/faq/ (last visited May 9, 2025) ("Wisk FAQ")
- Wisk Aero, *Autonomous Flight: What we Mean and Why It's First*, https://wisk.aero/news/blog/autonomous-flight-what-we-mean-and-why-its-first/ (March 10, 2022)

| Claim 1 | |
| --- | --- |
| **Claim Language** | **Wisk Aero Generations 1-6 Aircraft** |
| **1(pre)** An aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails, said system comprising: | The Generations 1-6 aircraft ("Wisk aircraft") contain an aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails. <br><br> The Wisk aircraft contain a flight control system that is "highly redundant" and able to "continue flying safely with up to two of its twelve propellers inoperative." Wisk FAQ. If more than two propellers are inoperative, the Wisk aircraft is nonetheless able to "initiate an emergency landing" despite this loss of power. Wisk FAQ. |
| **1(a)** a plurality of pilot controlled input sensors associated with each of a plurality of degrees of freedom in aircraft flight movement; | The Wisk aircraft's flight control systems contain a plurality of pilot controlled input sensors, each of which is associated with each of a plurality of degrees of freedom in aircraft flight movement. |

Exhibit B to Complaint

|  | While at least some Wisk aircraft are designed to operate in autonomous mode, but they retain the ability to be controlled by a pilot. Wisk Aero, *Autonomous Flight: What we Mean and Why It's First*, https://wisk.aero/news/blog/autonomous-flight-what-we-mean-and-why-its-first/ (March 10, 2022) ("there are still humans in the loop via our ground station where all flights are monitored . . . a flight supervisor can intervene by sending a new command to the aircraft, which it will then execute on its own"). <br><br> The Wisk aircraft specifically contain flight control systems that operate "in response to pilot manipulation of inceptors and/or inputs generated by an automated pilot and/or sensor information." The '231 Patent, 9:1-3. "Such inceptor devices and/or associated electronics may be configured to provide as input signals 104 one or more of a roll direction, roll rate, yaw direction, yaw rate, pitch angle, pitch rate, altitude, altitude rate and/or forward or other speed, position, and/or thrust input signal." The '231 Patent, 4:64-5:2. |
|---|---|
| **1(b)** a plurality of aircraft flight control actuators associated with each of the plurality of degrees of freedom in aircraft flight movement; | The Wisk aircraft's flight control systems contain a plurality of aircraft flight control actuators associated with each of the plurality of degrees of freedom in aircraft flight movement. <br><br> The Wisk aircraft have a flight control system that has actuators including "[a]erodynamic control surfaces, powered sources of control forces, such as lift fans, and other structures capable of affecting aircraft attitude, motion, and/or orientation" The '231 Patent, 1:43-46. These actuators are specifically "used to act on the aircraft" in association with the aircraft's "degrees of freedom of movement." The '231 Patent, 1:47-67. |
| **1(c)** a plurality of aircraft flight state sensors associated with each of a plurality of aircraft flight state conditions including at least altitude and speed; | The Wisk aircraft's flight control systems contain a plurality of aircraft flight state sensors associated with each of a plurality of aircraft flight state conditions including at least altitude and speed. <br><br> The Wisk aircraft have a flight control system that includes "redundant GPS receivers to reduce the likelihood of GPS loss due to system failure" as well as "a variety of other sensors to maintain required navigational accuracy" including at least altitude and speed. Wisk FAQ. "Examples of sensors 116 and/or sensor data 118 may include one or more of airspeed, temperature, or other environmental conditions; actuator availability, failure, and/or health information; aircraft attitude, altitude, and/or other position information; presence/absence of |

Exhibit B to Complaint

| | other aircraft, debris, or other obstacles in the vicinity of the aircraft; actuator position information; etc." The '231 Patent, 5:38-44. |
|---|---|
| **1(d)** the plural control subsystems, each having at least one control computer subsystem connected to:<br><br>(a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom,<br><br>(b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and<br><br>(c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom; | The Wisk aircraft's flight control systems contain plural control subsystems, each having at least one control computer subsystem connected to: (a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom, (b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and (c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom.<br><br>As discussed above, in at least sections 1(a)-(c), the Wisk aircraft flight control systems have subsystems having pilot controlled input sensors, flight state sensors, and flight control actuators.<br><br>The flight control systems have control subsystems that is an "autonomous system" "built on proven aviation systems, such as autopilots, precision nav, data links, that are augmented with sensors and . . . procedural-based decision-making software." Wisk Aero, *Autonomous Flight: What we Mean and Why It's First*, https://wisk.aero/news/blog/autonomous-flight-what-we-mean-and-why-its-first/ (March 10, 2022). The subsystems contain one or more "flight control computer[s]" that are configured to receive "input signals" from the pilot controlled input sensors, receive "sensor data" from the flight state sensors, and "generate and provide as output associated forces and/or moments 108 to be applied to the aircraft via its control assets (e.g., propellers, rotors, lift fans, aerodynamic control surfaces, etc.; sometimes referred to herein as 'actuators')." The '231 Patent, 4:64-5:12. |
| **1(e)** said inputs and outputs to the control computer subsystem of each of said plural control subsystems being selected such that a catastrophic and complete failure of any one of said plural control subsystems causes continued control power over | The Wisk aircraft contain an aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails.<br><br>The Wisk aircraft contain a flight control system that is "highly redundant" and able to "continue flying safely with up to two of its twelve propellers inoperative." Wisk FAQ. If more than two |

Exhibit B to Complaint

| | |
|---|---|
| critical aircraft flight parameters by remaining unfailed ones of said plural control subsystems, degraded to less than 100% of total available control power, but sufficient to permit controlled aircraft descent to a landing. | propellers are inoperative, the Wisk aircraft is nonetheless able to "initiate an emergency landing" despite this loss of power. Wisk FAQ. |

Exhibit B to Complaint